UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    Case No. 07-cr-20563
                                             Hon. Gerald E. Rosen
v.                                                Mag. R. Steven Whalen

FREDERICK BOWMAN,

       Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION DENYING DEFENDANT'S 28 U.S.C. § 2255 MOTION
AND DENYING DEFENDANT'S MOTION TO EXTEND**

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on      August 4, 2011

        PRESENT:  Honorable Gerald E. Rosen
                                Chief Judge, United States District Court

On July 6, 2011, Magistrate Judge Steven Whalen issued a Report and Recommendation ("R & R") [Dkt. #33] recommending that the Court deny Defendant Frederick Bowman's motion [Dkt. #23] under 28 U.S.C. § 2255 to vacate his sentence. Defendant did not file any timely objections to the R & R.

Having reviewed the R & R, as well as the parties' submissions in support of and opposition to Petitioner's underlying § 2255 motion, the accompanying exhibits, and the record as a whole, the Court fully concurs in the Magistrate Judge's analysis, and finds no extraordinary circumstances exist to grant Defendant's motion to vacate his sentence.

On July 26, 2011, Defendant filed a motion [Dkt. #34] for extension of time to file an objection the Magistrate Judge's Report and Recommendation.  The last page of the Report and Recommendation specifically stated that any objections must be filed within fourteen days of July 6, 2011.  28 U.S.C. § 636(b)(1); E.D. Mich. LR 72.1(d)(2). Defendant failed to file an objection within fourteen days of the Report and Recommendation and has not provided the Court with any authority to allow an extension.

In addition to Defendant's motion to extend being procedurally barred, Defendant fails to provide the Court with any reason to believe that granting the extension would result in Plaintiff offering the Court with any substantive information regarding the Magistrate's Report and Recommendation.

For the foregoing reasons,

IT IS HEREBY ORDERED that the Magistrate Judge's July 6, 2011 Report and Recommendation [Dkt. # 33] is ADOPTED by the Court.

IT IS FURTHER ORDERED that Defendant's motion to vacate sentence under 28 U.S.C. § 2255 [Dkt. # 23] is DENIED.

IT IS FURTHER ORDERED that Defendant's motion for extension of time to file an objection [Dkt. # 34] is DENIED.

SO ORDERED.

Dated: August 4, 2011         s/Gerald E. Rosen
                              Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 4, 2011, by electronic mail and upon Frederick Bowman, #41011-004, FMC Rochester, Federal Medical Center, P.O. Box 4000, Rochester, MN 55903 by ordinary mail.

                                   s/Ruth A.Gunther
                                   Case Manager
                                   (313) 234-5137